**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:
- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Henderson Holdings 1, LLC, a Nevada limited liability company |
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 56-2388939 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| c/o David K. Gottlieb & Associates, LLC <br> 15233 Ventura Blvd., 9th Floor <br> Sherman Oaks, CA 91403 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Los Angeles <br> County | Location of principal assets, if different from principal place of business <br> 305 SE Greenville Blvd., Greenville, NC 27858 <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership
- [ ] Other. Specify: _____

Debtor  **Henderson Holdings 1, LLC, a Nevada limited liability**
        **company**                                                         Case number (*if known*)
        Name

---

**7.  Describe debtor's business**        A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

   60-67

---

**8.  Under which chapter of the Bankruptcy Code is the Debtor filing?**        *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**        ☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | District | When | Case number |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**        ☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **Roger Meyer** | Relationship to you | **Affiliate** |
|---|---|---|---|---|
| | District | **Central District of California** | When  **1/31/12** | Case number, if known  **1:12-10955** |

---

Debtor    Henderson Holdings 1, LLC, a Nevada limited liability                  Case number (if known)
          company
          Name

---

**11. Why is the case filed in this district?**    Check all that apply:

☐  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☑ Yes.  Insurance agency    State Farm and ACE American Insurance

         Contact name    Cassius Williams (State Farm); Aon Risk Services (ACE)

         Phone    252- 355-2461 (State Farm); 866-283-7122 (ACE)

---

█  **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    **Henderson Holdings 1, LLC, a Nevada limited liability**    Case number (*if known*) _____
**company**
_____
Name

---

███████    Request for Relief, Declaration, and Signature

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **03/09/2016**
              MM / DD / YYYY

X _____       David K. Gottlieb,
Signature of authorized representative of debtor       Printed name

        **David K. Gottlieb solely as Chapter 7**
        **Trustee for the Bankruptcy Estate of**
        **Roger W. Meyer, the Managing Member**
Title   **of Henderson Holdings 1, LLC**

---

**18. Signature of attorney**    X _____       Date   **3/09/16**
                                 Signature of attorney for debtor                   MM / DD / YYYY

**Linda F. Cantor**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**10100 Santa Monica Blvd.**
**13th Floor**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone   **310-277-6910**       Email address   LCANTOR@PSZJLAW.COM

**153762 California**
Bar number and State

---

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | CASE NO.: |
|---|---|
| **Linda F. Cantor**<br>**Pachulski Stang Ziehl & Jones LLP**<br>**10100 Santa Monica Blvd.**<br>**13th Floor**<br>**Los Angeles, CA 90067**<br>**310-277-6910**<br>**153762**<br><br>*Attorney for:* | CHAPTER: **11**<br>ADVERSARY NO.:<br>(if applicable) |

| In re:<br><br>**Henderson Holdings 1, LLC, a Nevada limited liability company**<br>Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(CORPORATION/PARTNERSHIP)**<br><br>**[LBR 1002-1(f)]** |

☑ Petition, statement of affairs, schedules or lists      Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists   Date Filed: _____
☐ Other *(specify):* _____      Date Filed: _____

**PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY**

    I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

Date: *March 9, 2016*

Signature (handwritten) of authorized signatory of Filing Party

*David K. Gottlieb*
Printed name of authorized signatory of Filing Party

**David K. Gottlieb, solely as Chapter 7 Trustee for the Bankruptcy Estate of Roger W. Meyer, the Managing Member of Henderson Holdings 1, LLC**
Title of authorized signatory of Filing Party

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

    I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part I - *Declaration of Authorized Signatory of Debtor or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

Date: *3/09/16*

Signature (handwritten) of attorney for Filing Party

**Linda F. Cantor 153762**
Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015          **F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL**

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Central District of California

| | | |
|---|---|---|
| In re   Henderson Holdings 1, LLC, a Nevada limited liability company | Case No. | |
| Debtor(s) | Chapter | 11 |

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __NA__.

2. The following financial data is the latest available information and refers to the debtor's condition on __NA__.

   a. Total assets                                                $_____ 0.00

   b. Total debts (including debts listed in 2.c., below)         $_____ 0.00

   c. Debt securities held by more than 500 holders:                                     Approximate number of holders:

| | | | | | | |
|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |

   d. Number of shares of preferred stock                                     0              0

   e. Number of shares common stock                                           0              0

   Comments, if any:

3. Brief description of Debtor's business:

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

## RESOLUTIONS OF THE MANAGING MEMBER OF
## HENDERSON HOLDINGS 1, LLC

March 9, 2016

WHEREAS, Henderson Holdings 1, LLC (the "*Company*") is a Nevada limited liability company the business and affairs of which are, pursuant to the Company's corporate documents managed under the direction of its *Managing Member*;

WHEREAS, Roger W. Meyer, the Managing Member of the Company, is a debtor in proceedings under chapter 7 of title 11 of the United States Code, 11 U.S.C. Sections 101 *et seq.* (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the Central District of California, San Fernando Division (the "*Bankruptcy Court*"), for whom David Gottlieb has been appointed by the Bankruptcy Court as chapter 7 trustee (the "*Chapter 7 Trustee*");

WHEREAS, in his capacity as the Chapter 7 Trustee, Mr. Gottlieb is authorized and empowered to exercise all rights of the debtor as Managing Member of the Company;

WHEREAS, the Managing Member, has considered the financial and operational aspects of the Company's business;

WHEREAS, the Managing Member has reviewed the historical performance of the Company, the market for the Company's real estate asset, and the current and long-term liabilities of the Company;

WHEREAS, the Chapter 7 Trustee in his capacity as Managing Member has considered the advice of its professional advisors regarding the possible need to liquidate or restructure the Company, and has analyzed each of the strategic alternatives available to it, and the impact of the foregoing on the Company's business and its stakeholders;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Managing Member, it is desirable and in the best interests of the Company, its creditors, members, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code;

RESOLVED, the Managing Member and his representatives (each, an "*Authorized Person*") be, and each of them hereby is, authorized, empowered and directed on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Person deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED, that the Chapter 7 Trustee shall be an Authorized Person (as defined in these resolutions), and is hereby authorized to appear and represent the Company in the bankruptcy case and make decisions with respect to all aspects of the prosecution of the Company's bankruptcy case, including, but not limited to, bankruptcy-related reporting

requirements, filing of Statement of Financial Affairs, Schedule of Assets and Liabilities, a chapter 11 plan and related disclosure statement, claims management, managing outside professionals and such other aspects as he may identify, in such manner as he deems necessary or appropriate in his reasonable discretion, and in accordance with the Company's corporate documents, applicable limited liability company law, applicable bankruptcy law and orders of the bankruptcy court;

RESOLVED, that the Authorized Persons, be, and each of them hereby is, authorized, empowered and directed on behalf of the Company to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("*PSZ&J*") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Persons are hereby authorized, empowered and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J;

RESOLVED, that the Authorized Persons of the Company be, and hereby are, authorized, empowered and directed on behalf of the Company to employ accountants, financial advisors, investment bankers, real estate brokers, any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Persons are hereby authorized, empowered and directed on behalf of the Company to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED, that in the judgment of the Chapter 7 Trustee in his capacity as Managing Member, it is desirable and in the best interests of the Company that the Company sell its real estate project and substantially all of its other assets and, therefore, the Company is hereby authorized to pursue such a transaction, and the Company is further authorized to file a motion to approve such sale and for any related relief, or to approve a sale to a higher and better bidder, and to close such sale, subject to bankruptcy court approval in the Company's chapter 11 proceeding;

RESOLVED, subject in each case to any required bankruptcy court approval in the Company's chapter 11 proceeding, as well as the Company's corporate documents, that the Authorized Persons be, and each of them hereby is, authorized, empowered and directed on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Person to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of a chapter 11 plan and related disclosure statement; and

RESOLVED, that any and all actions heretofore taken by any Authorized Person in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, the undersigned hereby consents to all of the foregoing as of the date above first written, which consents may be executed by facsimile signature.

**HENDERSON HOLDINGS 1, LLC,**
A Nevada limited liability company,

By:    Its Managing Partner

      By: _____
          David Gottlieb,
          Solely in his capacity as chapter 7 trustee of
          the bankruptcy estate of Roger W. Meyer,
          the Managing Member of Henderson
          Holdings 1, LLC

Signature Page to Resolutions

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Roger W. Meyer, Case No.1:12-10955 (Affiliate). Filed on 1/31/12.  Assigned to the Honorable Maureen Tighe in the Central District of California, San Fernando Valley Division. The chapter 11 case was converted to a chapter 7 on May 2, 2014 and David K. Gottlieb was appointed the Chapter 7 Trustee of the estate of Roger W. Meyer on May 7. 2014.  The case is still pending.  (See attached for listing of real property)**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Woodforest Square, LLC  Case No.1:14-12682 (affiliate).  Filed on May 23, 2014.  Assigned to the Honorable Maureen Tighe in the Central District of California, San Fernando Valley Division.**
**Plan confirmed on 5/14/15.  On 12/17/15, the Court entered an Order Granting a Final Decree and Closing the Case.**

**The real property owned by the estate located at 12620 Woodforest Blvd., Houston, Texas 77015 was sold during the pendency of the chapter 11 case.**

**See also No. 1 above.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Sherman Oaks_ , California.

Date: _March 9, 2016_

David K. Gottlieb,
Solely in his capacity as chapter 7 Trustee for the Bankruptcy Estate of Roger W. Meyer, the Managing Member of Henderson Holdings, 1, LLC

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    *Page 1*             **F 1015-2.1.STMT.RELATED.CASES**

In re ROGER W. MEYER

USBC C.D. Cal., San Fernando Valley Division

Case No. 1:12-bk-10955-MT

| Status | Property Address[1] |
|---|---|
| Sold | 841 Avenida Acaso, Camarillo, CA |
| Abandoned | 640 American Oaks, Newbury Park, CA 91320 |
| Sold | 11 North Via Los Altos, Newbury Park, CA 91320 |
| Abandoned | 370 S. Elm Drive, Unit #3, Beverly Hills, CA 90212 |
| Sold | 305 Southeast Greenville Boulevard, Greenville, NC |
| | 2959-2967 East Thousand Oaks Boulevard, Thousand Oaks, CA |
| | 5200 S. County Road, Midland, TX |
| | 1222 N. 6th Street, Socorro, NM |
| | 1201 Mescalero Ave., Alamogordo, NM |
| Abandoned | 1610 E. Thousand Oaks Blvd., Thousand Oaks, CA |
| | 5720 Peachtree Parkway, Peachtree, GA |
| Foreclosed | 2764 Cobb Parkway N. Kennesaw, GA |
| | 813 Forest Hill Road, Perry, GA |
| Sold to Roger Meyer | 11 Via Los Altos, Thousand Oaks, CA |

---

[1] These are properties in which Roger W. Meyer either has a direct interest or an indirect interest through an LLC or other entity that holds a fee interest in the property.

In re:  **Henderson Holdings, 1, LLC, a Nevada limited liability
company**                                    Case No.
                                  _____
                           Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, David K. Gottlieb, solely in my capacity as Chapter 7 Trustee for the Bankruptcy Estate of Roger W. Meyer, the Managing Member of Henderson Holdings I, LLC, the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  _March 9, 2016_____        Signature _____
                                      **David K. Gottlieb, solely as Chapter 7 Trustee for the
                                      Bankruptcy Estate of Roger W. Meyer, the Managing
                                      Member of Henderson Holdings 1, LLC**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Central District of California

In re   <u>Henderson Holdings 1, LLC, a Nevada limited liability company</u>      Case No.
                                              Debtor(s)      Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Christopher Meyer<br>5442 Cole Street<br>San Diego, CA 92117 | Member | | 5.23% |
| Darryl Zilberstein, Esq.<br>31111 Agoura Rd. Ste 235<br>Westlake Village, CA 91361 | Member | | 3.5% |
| Frank Fromer<br>4934 Gaviota Ave<br>Encino, CA 91436 | Member | | 16.13% |
| Jonathan Meyer<br>577 Corte Aguacate<br>Suite 116<br>Camarillo, CA 93010 | member | | 13.52% |
| Paul Porter<br>631 Corriente Court<br>Camarillo, CA 93010 | Member | | 12.90% |
| R. Meyer Ltd.<br>c/o David K. Gottlieb<br>D. Gottlieb & Associates, LLC<br>9TH Floor<br>Sherman Oaks, CA 91403 | Member | | 44.76% |
| Chapter 7 Estate of<br>Roger W. Meyer<br>c/o David K. Gottlieb<br>D. Gottlieb & Associates, LLC<br>15233 Ventura Blvd., 9th Floor<br>Sherman Oaks, CA 91403 | Member | | 3.96% |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Linda F. Cantor**<br>**10100 Santa Monica Blvd.**<br>**13th Floor**<br>**Los Angeles, CA 90067**<br>**310-277-6910**<br>California State Bar Number: **153762** | |

☑ *Attorney for:*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>      **Henderson Holdings, 1, LLC, a Nevada limited**<br>      **liability company**<br><br>                                                    Debtor(s).<br><br>                                                    Plaintiff(s),<br><br><br><br>                                                    Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    11<br><br>**CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, **David K. Gottlieb, solely as Chapter 7 Trustee for the Bankruptcy Estate of Roger W. Meyer, the Managing Member of Henderson Holdings 1, LLC** , the undersigned in the above-captioned case, hereby declare
      *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:
    - [✓] I am the authorized agent of the Debtor corporation
    - [ ] I am a party to an adversary proceeding
    - [ ] I am a party to a contested matter
    - [ ] I am the attorney for the Debtor corporation

2.a.  [✓] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
    See Addendum

b.  [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_March 9, 2016_
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:    **David K. Gottlieb, as Chapter 7 Trustee for the
Bankruptcy Estate of Roger W. Meyer,  the
Managing Member of Henderson Holdings, 1, LLC**
Printed name of Debtor, or attorney for
Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

| | |
|---|---|
| Frank Fromer<br>4934 Gaviota Ave<br>Encino, CA 91436 | 16.13% |
| Jonathan Meyer<br>577 Corte Aguacate<br>Suite 116<br>Camarillo, CA 93010 | 13.52% |
| Paul Porter<br>631 Corriente Court<br>Camarillo, CA 93010 | 12.90% |
| R. Meyer Ltd.<br>100% owned by Roger W. Meyer, Chapter 7 Debtor)<br>c/o David K. Gottlieb<br>D. Gottlieb & Associates, LLC<br>9TH Floor<br>Sherman Oaks, CA 91403 | 44.76% |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**

Fill in this information to identify the case:

Debtor name    __Henderson Holdings 1, LLC, a Nevada limited liability company__

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
☑    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☑    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☑    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☑    *Schedule H: Codebtors (Official Form 206H)*
☑    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐    Amended *Schedule* _____
☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☑    Other document that requires a declaration    Corporate Ownership Statement, Equity Security Holders, Statement of Related Cases and Master Mailing List

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *March 9, 2016*    x _____
                                     Signature of individual signing on behalf of debtor

                                     **David K. Gottlieb,**
                                     Printed name

                                     **David K. Gottlieb solely in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of Roger W. Meyer, the Managing Member of Henderson Holdings 1, LLC**
                                     Position or relationship to debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Henderson Holdings 1, LLC, a Nevada limited liability company |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Madison Partners c/p Bob Safai 12121 Wilshire Blvd Suite 900 Los Angeles, CA 90025 | Bob Safai<br><br>310-442-3399 | Co-broker fees | Contingent | | | $92,500.00 |
| Greenville Grouper, LLC c/o Alexander C. Smith 208 Nuttall Road Chicago, IL 60654 | Alexander Smith<br><br>312-470-3841 | Break-up fee under Purchase Sale Agreement and other charges | Contingent | | | $50,000.00 |
| Frank Fromer 4936 Gaviota Encino, CA 91436 | Frank Fromer<br><br>818-501-5174 | Monthly distribution owing since May 2014 | | | | $9,870.00 |
| Paul Porter 631 Corriente Court Camarillo, CA 93010 | Paul Porter<br><br>805-484-8436 | Monthly distribution owing since May 2014 | | | | $7,938.00 |
| Chicago Title Company 725 S. Figueroa St Suite 200 Los Angeles, CA 90017 | Patricia Schlageck<br><br>213-488-4358 | Title Services | Contingent | | | $7,652.50 |
| Howard Abell 443 Fearrington Post Pittsboro, NC 27312 | Howard Abell<br><br>919-370-2838 | Co-broker fees | Contingent | | | $4,675.00 |
| Norman D. Praet Praet Law Firm 5920 S. Miami Blvd. Suite 201 Morrisville, NC 27560 | Norman Praet<br><br>919-627-7261 | Attorneys fees incurred in connection with sale of property | | | | $2,500.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Henderson Holdings 1, LLC, a Nevada limited liability company | | Case number *(if known)* | | | | |
|--------|-----|-----|-----|-----|-----|-----|-----|
| | Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | | |
|---|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim | |
| Darryl Zilberstein, Esq. 31111 Agoura Road Suite 235 Westlake Village, CA 91361 | Darryl Zilberstein  805-573-6624 | Monthly distribution owing since May 2014 | | | | $2,142.00 | |
| Cellco Partnership/Verizon Wireless 305 SE Greenville Blvd. Greenville, NC 27858 | Representative  252-321-0121 | Leasehold-tenant claims | Contingent Unliquidated Disputed | | | $0.00 | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Henderson Holdings 1, LLC, a Nevada limited liability company** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:    Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................  $    1,850,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................  $    182,519.92

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................  $    2,032,519.92

### Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $    1,158,275.39

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................  $    0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................  +$    258,127.50

4.  **Total liabilities** .................................................................................................................  $    1,416,402.89
    Lines 2 + 3a + 3b

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Henderson Holdings 1, LLC, a Nevada limited liability company**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account
                                                                                number

   3.1.  **Pacific Western Bank as of 2/29/16**        Checking        0099        **$182,519.92**

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                                                          **$182,519.92**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | **Henderson Holdings 1, LLC, a Nevada limited liability company** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

---

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.     Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor      **Henderson Holdings 1, LLC, a Nevada limited liability
company**                                            Case number *(If known)*
            _____        _____
            Name

55.1.  **A 64,503 square foot
       site located at 305 SE
       Greenville Blvd., City
       of Greenville, North
       Carolina.  The
       Property is a retail
       building and is
       identified as the
       Verizon Wireless
       Phone Center.
       Site is referenced as
       Lot 1 of Map Book 47,
       Page 49 of the Pitt
       County Registry.  Tax
       Parcel Number 57787
       by the Pitt County
       Tax Office. The
       property is recorded
       in Deed Book 2164,
       Page 467 of the Pitt
       County Registry.**

       **Amount of claim
       excludes default
       interest and costs**      Fee simple           $0.00    pending sale            $1,850,000.00

---

56.    **Total of Part 9.**                                                 | $1,850,000.00 |
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☐ No
       ■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

**Part 10:      Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Debtor | **Henderson Holdings 1, LLC, a Nevada limited liability company** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $182,519.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $1,850,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $182,519.92  + 91b. | $1,850,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,032,519.92 |

| Fill in this information to identify the case: |
|---|

Debtor name __Henderson Holdings 1, LLC, a Nevada limited liability company__

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **C-111 Assets Management LLC**<br>Creditor's Name<br>**Attn: Mark Contreas & Steve Luther**<br>**5221 North O'Connor Blvd**<br>**Suite 600**<br>**Irving, TX 75039**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**Special Servicer for Wells Fargo loan (For Notice Purposes only)**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $0.00 | $0.00 |
| Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed |  |  |
| **2.2** **Greenville Tax Collector**<br>Creditor's Name<br>**c/o Pitt County Tax Collector**<br>**111 S. Washington St.**<br>**Greenville, NC 27858**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**Taxes for 2016**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $7,128.89 | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    __Henderson Holdings 1, LLC, a Nevada limited liability company__

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **C-111 Assets Management LLC** | | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Mark Contreas & Steve Luther
5221 North O'Connor Blvd Suite 600
Irving, TX 75039**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Special Servicer for Wells Fargo loan (For Notice Purposes only)**

Describe the lien

_____
Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| 2.2 | **Greenville Tax Collector** | | $7,128.89 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Pitt County Tax Collector
111 S. Washington St.
Greenville, NC 27858**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Taxes for 2016**

Describe the lien

_____
Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

| Debtor | Henderson Holdings 1, LLC, a Nevada limited liability company | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Pitt County Tax Collector** | Describe debtor's property that is subject to a lien | $9,146.50 | $1,850,000.00 |
|---|---|---|---|---|

Creditor's Name

**111 S. Washington Street
Greenville, NC 27858**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Property taxes for 2016**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Wells Fargo Bank N.A. as Trustee** | Describe debtor's property that is subject to a lien | $1,142,000.00 | $1,850,000.00 |
|---|---|---|---|---|

Creditor's Name

**for the Registered Holders of
Credit Suisse First Boston
Mortgage
CMBS Dept.  1015 10th Ave
Minneapolis, MN 55414**

Creditor's mailing address

**A 64,503 square foot site located at 305 SE Greenville Blvd., City of Greenville, North Carolina.  Site is referenced as Lot 1 of Map Book 47, Page 49 of the Pitt County Registry.**

**Amount of claim excludes default interest and costs**

**Describe the lien**
**Deed of Trust and Assignment of Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**06C4**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $1,158,275.3

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 2 of 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Henderson Holdings 1, LLC, a Nevada limited liability company** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| | 9 |
|---|---|

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Kyle B. Beaty<br>Winstead PC<br>5400 Renaissance Tower<br>1201 Elm Street<br>Dallas, TX 75270 | Line __2.4__ | |
| Randye B. Soref, Esq.<br>Polsinell<br>2049 Century Park East<br>Suite 2300<br>Los Angeles, CA 90067 | Line __2.1__ | |

| Fill in this information to identify the case: |
|---|

Debtor name **Henderson Holdings 1, LLC, a Nevada limited liability company**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cellco Partnership/Verizon Wireless**
**305 SE Greenville Blvd.**
**Greenville, NC 27858**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Leasehold tenant claims

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,652.50** |
|---|---|---|---|

**Chicago Title Company**
**725 S. Figueroa St**
**Suite 200**
**Los Angeles, CA 90017**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Title Services for pending sale of real property

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,213.00** |
|---|---|---|---|

**Christopher Meyer**
**5442 Cole Street**
**San Diego, CA 92117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/14-present

Last 4 digits of account number __

Basis for the claim:  Monthly distribution owing since May, 2014.

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,142.00** |
|---|---|---|---|

**Darryl Zilberstein, Esq.**
**31111 Agoura Road**
**Suite 235**
**Westlake Village, CA 91361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/14-present

Last 4 digits of account number __

Basis for the claim:  Monthly distribution owing since May, 2014.

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Henderson Holdings 1, LLC, a Nevada limited liability company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.5** Nonpriority creditor's name and mailing address
Frank Fromer
4934 Gaviota
Encino, CA 91436

Date(s) debt was incurred  **5/14-present**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                   **$9,870.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Monthly distribution  owing since May, 2014.

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Greenville Grouper, LLC
c/o Alexander C. Smith
208 Nuttall Road
Chicago, IL 60654

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                   **$50,000.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breakup fee under the Purchase and Sale Agreement and other unknown charges

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address
Howard Abell
443 Fearrington Post
Pittsboro, NC 27312

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                   **$4,675.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Co-broker fees from pending sale of real property.

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
Jonathan Meyer
577 Corte Aguacate
Suite 116
Camarillo, CA 93010

Date(s) debt was incurred  **5/14-present**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                   **$8,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Monthly distribution owing since May, 2014.

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
Madison Partners
c/p Bob Safai
12121 Wilshire Blvd
Suite 900
Los Angeles, CA 90025

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                   **$92,500.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Co-broker fees

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
Norman D. Praet
Praet Law Firm
5920 S. Miami Blvd.
Suite 201
Morrisville, NC 27560

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                   **$2,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Attorneys fees incurred in connection with pending sale of real property.

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
Paul Porter
631 Corriente Court
Camarillo, CA 93010

Date(s) debt was incurred  **5/14-present**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                   **$7,938.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Monthly distribution owing since May, 2014.

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Henderson Holdings 1, LLC, a Nevada limited liability company | Case number (if known) |
|---|---|---|
| | Name | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,531.00 |
|---|---|---|---|

**R. Meyer Ltd**
c/o David K. Gottlieb
D. Gottlieb & Associates LLC
15233 Ventura Blvd. 9th Floor
Sherman Oaks, CA 91403

Date(s) debt was incurred  **5/14-present**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Monthly distribution owing since May, 2014.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,706.00 |
|---|---|---|---|

**Roger Meyer**
c/o David K. Gottlieb
D. Gottlieb & Associates LLC
15233 Ventura Blvd. 9th Floor
Sherman Oaks, CA 91403

Date(s) debt was incurred  **5/14-present**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Monthly distribution owing since May, 2014.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Roger W. Meyer**
c/o David K. Gottlieb
D. Gottlieb & Associates LLC
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403

Date(s) debt was incurred  **5/14-present**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Management fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Alexander Smith<br>200 South Wacker Drive<br>Suite 2800<br>Chicago, IL 60606 | Line  **3.6**<br>☐ Not listed. Explain ____ | — |
| 4.2 | Bryan Hawks<br>Smith Oropeza Hawks<br>138-142 Simonton Street<br>Key West, FL 33040 | Line  **3.6**<br>☐ Not listed. Explain ____ | — |
| 4.3 | Cushman & Wakefield<br>Verizon Wireless Portfolio Manageme<br>Mail Code FLG10300<br>8800 Adamo Drive<br>Tampa, FL 33619 | Line  **3.1**<br>☐ Not listed. Explain ____ | — |
| 4.4 | Gary C. Pennington<br>Pennington Law Firm<br>1501 Main Street<br>Suite 600<br>Columbia, SC 29201 | Line  **3.1**<br>☐ Not listed. Explain ____ | — |

---

| Debtor | **Henderson Holdings 1, LLC, a Nevada limited liability company** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | Jeremy Faith, Esq.<br>Margulies Faith LLP<br>16030 Ventura Blvd.<br>Suite 470<br>Encino, CA 91436 | Line  3.13<br>☐ Not listed. Explain ____ | — |
| 4.6 | M. Jonathan Hayes<br>Simon Resnik Hayes LLP<br>15233 Ventura Blvd<br>Suite 250<br>Sherman Oaks, CA 91403 | Line  3.4<br>☐ Not listed. Explain ____ | — |
| 4.7 | Verizon Wireless<br>Attn: General Counsel<br>One Verizon Place<br>Mail Code 1B3LGL<br>Alpharetta, GA 30004 | Line  3.1<br>☐ Not listed. Explain ____ | — |
| 4.8 | Verizon Wireless TN Partnership<br>Attn: Lease Administrator-TN<br>2B1LA<br>Alpharetta, GA 30004 | Line  3.1<br>☐ Not listed. Explain ____ | — |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 258,127.50 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 258,127.50 |

**Fill in this information to identify the case:**

Debtor name __Henderson Holdings 1, LLC, a Nevada limited liability company__

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

2.    **List all contracts and unexpired leases**                                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Agreement with Chicago Title for issuance of title insurance for sale of property in Greenville, N.C. |
| | State the term remaining | Chicago Title Company<br>725 S. Figueroa<br>Ste. 200<br>Los Angeles, CA 90017 |
| | List the contract number of any government contract | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale Agreement with Debtor for sale of 305 SE Greenville Blvd. Greenvile, North Carolina 27858 |
| | State the term remaining | 6/30/16 (With option to extend) — Greenville Grouper, LLC<br>c/o Alexander C. Smith<br>208 Nuttal Road<br>Riverside, IL 60546 |
| | List the contract number of any government contract | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Brokerage Agreement for sale of Greenville Property. |
| | State the term remaining | Madison Partners<br>c/p Bob Safai<br>12121 Wilshire Blvd<br>Suite 900<br>Los Angeles, CA 90025 |
| | List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| Debtor 1 | Henderson Holdings 1, LLC, a Nevada limited liability company | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Engagement Agreement with Debtor under which Mr. Praet was retained to serve as special real estate counsel counsel in North Carolina for pending sale of real property** | |
|---|---|---|---|
| | State the term remaining | | **Norman D. Praet** |
| | List the contract number of any government contract | | **Praet Law Firm**<br>**5920 S. Miami Blvd.**<br>**Suite 201**<br>**Morrisville, NC 27560** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is a party to a non-residential unexpired real property lease under which Verizon is the lessee.** | |
|---|---|---|---|
| | State the term remaining | **7/31/16** | **Verizon Wireless** |
| | List the contract number of any government contract | | **305 S.E. Greenville Blvd**<br>**Greenville, NC 27858** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Henderson Holdings 1, LLC, a Nevada limited liability company

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Estate of Roger W. Meyer | c/o David K. Gottlieb<br>D. Gottlieb & Associates LLC<br>9th Floor<br>Sherman Oaks, CA 91403 | Wells Fargo Bank N.A. as Trustee | ☑ D  __2.4__<br>☐ E/F  _____<br>☐ G  _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Henderson Holdings 1, LLC, a Nevada limited liability company

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>☑ Other    **Rental income from unexpired real property lease** | $190,977.40 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☑ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer |
    |---|---|---|---|
    | Berkadia | 1/4/16 | $8,110.30 | Mortgage payment for real property |
    | Berkadia | 11/2/15 | $8,110.30 | Mortgage payment for real property |
    | Berkadia | 12/2/16 | $8,110.30 | Mortgage payment for real property |
    | Pitt County Tax Collector | 2/16 | $16,752.96 | Property taxes owing for 2015 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Henderson Holdings 1, LLC, a Nevada limited liability company | Case number *(if known)* |
|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None.

| Debtor | Henderson Holdings 1, LLC, a Nevada limited liability company | Case number *(if known)* | | |
|---|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| Roger Meyer | Monthly Distribution for 3 months | 2/14-4/14 | $5,958 |
| R. Meyer Ltd. | Monthly Distribution for 3 months | 2/14-4/14 | $3,933 |
| Jon Meyer | Monthly Distribution for 3 months | 2/14-4/14 | $1,200 |
| Chris Meyer | Monthly Distribution for 3 months | 2/14-4/14 | $459 |
| Paul Porter | Monthly Distribution for 3 months | 2/14-4/14 | $1,134 |
| Frank Fromer | Monthly Distribution for 3 months | 2/14-4/14 | $1,41 |
| Darryl Zilberstein | Monthly Distribution for 3 months | 2/14-4/14 | $306 |

### Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

Debtor    Henderson Holdings 1, LLC, a Nevada limited liability    Case number *(if known)*
company

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 501-I S. Reino Rd Newbury Park, CA 91320 | January, 2013 -present |

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☑ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | Henderson Holdings 1, LLC, a Nevada limited liability company | Case number *(if known)* |
|---|---|---|

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Debtor   Henderson Holdings 1, LLC, a Nevada limited liability
         company
_____    Case number *(if known)* _____

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. Douglas Hill, CPA<br>1800 Ventura Blvd.<br>Camarillo, CA 93010-7848 | Continuous |
| Berkeley Research Group, LLC<br>201 S. Main Street<br>Suite 450<br>Salt Lake City, UT 84111 | May 2014-present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. Douglas Hill, CPA<br>1800 Ventura Blvd.<br>Camarillo, CA 93010-7848 | Continuous |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. Berkeley Research Group, LLC<br>201 S. Main Street<br>Suite 250<br>Salt Lake City, UT 84111 | |
| 26c.2. David K. Gottlieb, Ch. 7 Trustee for<br>the bankruptcy estate of Roger W. Meyer<br>c/o David K. Gottlieb<br>15233 Ventura Blvd., Ninth Flr.<br>Sherman Oaks, CA 91403-2250 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   Henderson Holdings 1, LLC, a Nevada limited liability        Case number *(if known)*
         company

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Chapter 7 Bankruptcy Estate of Roger W. Meyer | c/o David K. Gottlieb, Trustee D. Gottlieb & Associates LLC 15233 Ventura Blvd. 9th Floor Sherman Oaks, CA 91403 | Managing Member | 3.96% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   *March 9, 2016*

_____        David K. Gottlieb,
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor        **Solely as Chapter 7 Trustee for the Bankruptcy Estate of Roger W. Meyer, the Managing Member of Henderson Holdings 1, LLC**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **Henderson Holdings, 1, LLC, a Nevada limited liability company**　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　Chapter　　**11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.　Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

　　　　For legal services, I have agreed to accept　　　　　　　　　　　　　$　　　**25,000**

　　　　Prior to the filing of this statement I have received　　　　　　　　　$　　　**0.00**

　　　　Balance Due　　　　　　　　　　　　　　　　　　　　　　　　　$　　　**25,000**

2.　$ **1,717** of the filing fee has been paid.

3.　The source of the compensation paid to me was:

　　☐ Debtor　　　☐ Other (specify): None

4.　The source of compensation to be paid to me is:

　　☑ Debtor ·　　☐ Other (specify): None

5.　☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

　　☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.　In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

　　a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
　　b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
　　c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
　　d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
　　e. [Other provisions as needed]

　　　　**To be Determined**

7.　By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

　　I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_3/09/16_____　　　　_Linda F. Cantor_____
*Date*　　　　　　　　　　　　　　　　Linda F. Cantor 153762
　　　　　　　　　　　　　　　　　　*Signature of Attorney*
　　　　　　　　　　　　　　　　　　**Pachulski Stang Ziehl & Jones LLP**
　　　　　　　　　　　　　　　　　　**10100 Santa Monica Blvd.**
　　　　　　　　　　　　　　　　　　**13th Floor**
　　　　　　　　　　　　　　　　　　**Los Angeles, CA 90067**
　　　　　　　　　　　　　　　　　　**310-277-6910**
　　　　　　　　　　　　　　　　　　*Name of law firm*

---

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Linda F. Cantor**
**10100 Santa Monica Blvd.**
**13th Floor**
**Los Angeles, CA 90067**
**310-277-6910**
California State Bar Number: **153762**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Henderson Holdings 1, LLC, a Nevada limited
liability company**

CASE NO.:
CHAPTER: **11**

Debtor(s).

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **5** sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: *March 9, 2016*

Signature of Debtor
David K. Gottlieb, as Chapter 7 Trustee for the
Bankruptcy Estate of Roger W. Meyer, the Managing
Member of Henderson Holdings 1, LLC

Date: *March 9, 2016*

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**F 1007-1.MAILING.LIST.VERIFICATION**

Henderson Holdings 1, LLC, a Nevada limited liability com
c/o David K. Gottlieb & Associates, LLC
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403


Linda F. Cantor
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067


Office of US Trustee-Woodland Hills
21051 Warner Ave. Suite 115
Woodland Hills, CA 91367

Alexander Smith
200 South Wacker Drive
Suite 2800
Chicago, IL 60606


Bryan Hawks
Smith Oropeza Hawks
138-142 Simonton Street
Key West, FL 33040


C-111 Assets Management LLC
Attn: Mark Contreas & Steve Luther
5221 North O'Connor Blvd
Suite 600
Irving, TX 75039


Cellco Partnership/Verizon Wireless
305 SE Greenville Blvd.
Greenville, NC 27858


Chicago Title Company
725 S. Figueroa St
Suite 200
Los Angeles, CA 90017


Christopher Meyer
5442 Cole Street
San Diego, CA 92117


Cushman & Wakefield
Verizon Wireless Portfolio Manageme
Mail Code FLG10300
8800 Adamo Drive
Tampa, FL 33619


Darryl Zilberstein, Esq.
31111 Agoura Road
Suite 235
Westlake Village, CA 91361

Darryl Zilberstein, Esq.
660 Hampshire Rd
Suite 116
Westlake Village, CA 91361


Estate of Roger W. Meyer
c/o David K. Gottlieb
D. Gottlieb & Associates LLC
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403


Frank Fromer
4934 Gaviota Ave
Encino, CA 91436


Gary C. Pennington
Pennington Law Firm
1501 Main Street
Suite 600
Columbia, SC 29201


Greenville Grouper, LLC
c/o Alexander C. Smith
208 Nuttal Road
Riverside, IL 60546


Greenville Tax Collector
c/o Pitt County Tax Collector
111 S. Washington St.
Greenville, NC 27858


Howard Abell
443 Fearrington Post
Pittsboro, NC 27312


Jeremy Faith, Esq.
Margulies Faith LLP
16030 Ventura Blvd.
Suite 470
Encino, CA 91436

Jonathan Meyer
577 Corte Aguacate
Suite 116
Camarillo, CA 93010


Kyle B. Beaty
Winstead PC
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270


M. Jonathan Hayes
Simon Resnik Hayes LLP
15233 Ventura Blvd
Suite 250
Sherman Oaks, CA 91403


Madison Partners
c/p Bob Safai
12121 Wilshire Blvd
Suite 900
Los Angeles, CA 90025


Norman D. Praet
Praet Law Firm
5920 S. Miami Blvd.
Suite 201
Morrisville, NC 27560


Paul Porter
631 Corriente Court
Camarillo, CA 93010


Pitt County Tax Collector
111 S. Washington Street
Greenville, NC 27858

Randye B. Soref, Esq.
Polsinell
2049 Century Park East
Suite 2300
Los Angeles, CA 90067


Roger W. Meyer
c/o David K. Gottlieb
D. Gottlieb & Associates, LLC
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403


Verizon Wireless
Attn: General Counsel
One Verizon Place
Mail Code 1B3LGL
Alpharetta, GA 30004


Verizon Wireless TN Partnership
Attn: Lease Administrator-TN
2B1LA
Alpharetta, GA 30004


Wells Fargo Bank N.A. as Trustee
for the Registered Holders of
Credit Suisse First Boston Mortgage
CMBS Dept. 1015 10th Ave
Minneapolis, MN 55414