Linda F. Cantor (CA Bar No. 153762)
Victoria A. Newmark (CA Bar No. 183581)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310-277-6910
Facsimile: 310-201-0760
E-mail:   lcantor@pszjlaw.com
          vnewmark@pszjlaw.com

Counsel for Reorganized Debtor Henderson Holdings 1, LLC

**FILED & ENTERED**

**SEP 19 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Fisher     **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>HENDERSON HOLDINGS 1, LLC,<br><br>Debtor. | Case No.: 1:16:10685-MT<br>Chapter 11<br><br>**ORDER APPROVING STIPULATION RESOLVING MOTION FOR ORDER DISALLOWING CLAIM 3-1 FILED BY THE CALIFORNIA FRANCHISE TAX BOARD**<br><br>**No Hearing Required**<br><br>Judge: Hon. Maureen A. Tighe |

The Court, having considered the *Stipulation Resolving Motion for Order Disallowing Claim 3-1 Filed by the California Franchise Tax Board* (the "Stipulation") dated September 14, 2016 [Docket No. 114], as agreed to by claimant California Franchise Tax Board and Henderson Holdings 1, LLC, the reorganized Debtor herein, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

//

//

//

DOCS_LA:301129.1 32273/004                    1

2. The Court shall retain jurisdiction to hear all disputes arising from the implementation of this Order.

# # #

Date: September 19, 2016

*Maureen A. Tighe* (signature)
Maureen A. Tighe
United States Bankruptcy Judge

DOCS_LA:301129.1 32273/004

2